## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, the undersigned Trustee of the Jeffrey P. Weiner Supplemental Trust (the "Trust"), make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Rio Tinto plc ("Rio Tinto" or the "Company") and authorize the filing of a comparable Complaint on my behalf.

3. The Trust did not purchase or acquire Rio Tinto securities at the direction of plaintiffs counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. The Trust is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Rio Tinto securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of the Trust's transactions in Rio Tinto securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, the Trust has not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. The Trust agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. We declare under penalty of perjury that the foregoing is true and correct.

**Executed** ___12/12/16___
(Date)

JEFFREY P. WEINER
SUPPLEMENTAL TRUST
_____
(Entity Name)

_____
(Signature)

JAMES M. SPITALNY
_____
(Type or Print Name)