**RIO TINTO PLC (RIO)**                             **Jeffrey P. Weiner Supplemental Trust**

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 10/14/2015 | Purchase | 200 | $39.2400 |