UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY P. WEINER SUPPLEMENTAL TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>RIO TINTO PLC, et al.,<br><br>                    Defendants. | Case No. 1:16-cv-9572 (ALC)<br><br>ECF Case<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF JOSHUA Z. RABINOVITZ** |

I, Joshua Z. Rabinovitz, declare and state as follows:

1.     I am a partner with the law firm of Kirkland & Ellis LLP, counsel for Defendants Rio Tinto plc and Christopher Lynch.  I submit this affidavit in support of my motion for an order admitting Joshua Z. Rabinovitz, *pro hac vice*, to the Bar of this Court pursuant to Rule 1.3(c) of the Local Rules of this Court.

2.     I am a member in good standing of the Bar of the State of Illinois. I have not been subject to any disciplinary actions in any state or federal court.  I have not been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court.

3.     I am experienced in federal practice and am familiar with the Federal Rules of Civil Procedure.

4.     Attached hereto as Exhibit A is a Certificate of Good Standing issued by the Supreme Court of Illinois, certifying that I am a member in good standing of the Bar of the State of Illinois.

5.     Plaintiff does not oppose this motion.

2

I declare under penalty of perjury that the foregoing is true and correct and that this Affidavit was executed this 20th day of January 2017, in Chicago, Illinois.

Respectfully submitted,

*/s/ Joshua Z. Rabinovitz*
Joshua Z. Rabinovitz