UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY P. WEINER SUPPLEMENTAL TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>RIO TINTO PLC, et al.,<br><br>      Defendants. | Case No. 1:16-cv-9572 (ALC)<br><br>ECF Case<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE OF JOSHUA Z. RABINOVITZ** |

The motion of Joshua Z. Rabinovitz, for admission to practice *pro hac vice* in the above captioned action is granted.  Applicant has declared that he is a member in good standing of the bar of the State of Illinois; and that his contact information is as follows:

 Joshua Z. Rabinovitz
 KIRKLAND & ELLIS LLP
 300 North LaSalle
 Chicago, IL 60654
 Telephone: (312) 862-2284
 Facsimile: (312) 862-2200
 Email: jrabinovitz@kirkland.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Rio Tinto plc and Christopher Lynch in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                    _____
                    United States District Judge