UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY P. WEINER SUPPLEMENTAL TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>RIO TINTO PLC, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:16-cv-9572 (ALC)<br><br>ECF Case<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF MARK R. FILIP** |

　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Mark R. Filip, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants Rio Tinto plc and Christopher Lynch in the above-captioned action.

　　I am in good standing of the Bar of the State of Illinois and the District of Columbia Court of Appeals and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached a declaration pursuant to Local Rule 1.3.

Dated: January 20, 2017

Respectfully submitted,

*/s/ Mark R. Filip*
MARK R. FILIP, P.C.

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2192
Facsimile: (312) 862-2200
Email: mark.filip@kirkland.com

*Counsel for Defendants Rio Tinto plc and Christopher Lynch*