UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY P. WEINER SUPPLEMENTAL TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>RIO TINTO PLC, et al.,<br><br>                    Defendants. | Case No. 1:16-cv-9572 (ALC)<br><br>ECF Case<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE OF MARK R. FILIP** |

The motion of Mark R. Filip, for admission to practice *pro hac vice* in the above captioned action is granted.  Applicant has declared that he is a member in good standing of the Bar of the State of Illinois and the District of Columbia Court of Appeals and that his contact information is as follows:

    Mark R. Filip, P.C.
    KIRKLAND & ELLIS LLP
    300 North LaSalle
    Chicago, IL 60654
    Telephone: (312) 862- 2192
    Facsimile: (312) 862-2200
    Email: mark.filip@kirkland.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Rio Tinto plc and Christopher Lynch in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                   _____
                                                   United States District Judge