UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY P. WEINER SUPPLEMENTAL TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>RIO TINTO PLC, SAM WALSH, TOM ALBANESE, CHRISTOPHER JAMES LYNCH, and GUY ELLIOTT,<br><br>Defendants. | No.: 1:16-cv-09572-ALC<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF PURANJAY DAS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL |

I, Jeremy A. Lieberman, declare:

1. I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Puranjay Das ("Das"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of the motion by Das for appointment as Lead Plaintiff and approval of his selection of Pomerantz as Lead Counsel for the Class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A: Press release published on December 12, 2016, announcing the pendency of the above-captioned action;

Exhibit B: Shareholder Certification executed by Das;

Exhibit C: Loss Chart of Das; and

Exhibit D: Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 10th day of February, 2017, in New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman