# EXHIBIT B

# Plaintiff's Certification

I, Puranjay Das, certify that:

1. Plaintiff has reviewed the complaint and authorized its filing.

2. Plaintiff did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in the security that is the subject of the complaint during the class period specified in the complaint are as follows:

5. Plaintiff has not sought to serve, or served, as a representative party on behalf of a class under this title during the 3-year period preceding the date on which this certification is signed, except as follows:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of a class beyond the plaintiff's pro rata share of any recovery, except as ordered or approved by the court. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/3/2017



(redacted)

**RIO TINTO PLC (RIO)**                                                                 **Das, Puranjay**

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 6/12/2014 | Purchase | 300 | $51.6500 |
| 9/22/2014 | Purchase | 200 | $50.2050 |
| 3/31/2015 | Purchase | 250 | $41.3400 |
| 5/25/2016 | Sale | 250 | $29.5600 |