# EXHIBIT C

**RIO TINTO PLC (RIO)**
**CLASS PERIOD: MAR 16 2012 to NOV 14 2016**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 86-Day* Mean Price $40.6976 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Das, Puranjay | 6/12/2014 | 300 | $51.6500 | ($15,495) | 5/25/2016 | (250) | $29.5600 | ($7,390) | | | |
| Das, Puranjay | 9/22/2014 | 200 | $50.2050 | ($10,041) | | | | | | | |
| Das, Puranjay | 3/31/2015 | 250 | $41.3400 | ($10,335) | | | | | | | |
| **Das, Puranjay** | | **750** | | **($35,871)** | | **(250)** | | **($7,390)** | **500** | **$20,349** | **($22,912)** |

*Avg Closing Prices from Nov 15 2016 to Feb 9 2017