|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 3-16-17 |

---------------------------------x
JEFFREY P. WEINER SUPPLEMENTAL :
TRUST, Individually and on Behalf of All Others :
Similarly Situated, :
:
                     Plaintiffs, :   No.: 1:16-cv-09572-ALC
      v. :
:   **JOINT STATUS REPORT AND**
RIO TINTO PLC, et al, :   ~~[PROPOSED]~~ **SCHEDULING ORDER**
:
                    Defendants. :
---------------------------------x

      WHEREAS on January 4, 2017, the Court filed a memorandum endorsement (ECF No. 9) of Defendants Rio Tinto plc ("Rio Tinto") and Christopher Lynch's ("Lynch") January 4, 2017 letter (ECF No. 7), under which the parties agreed to submit, within 14 days following appointment of a lead plaintiff, a status report proposing a schedule for a response to the Complaint filed on December 12, 2016 (ECF No. 1) or the filing of an amended complaint and a response to the amended complaint.

      WHEREAS on February 28, 2017, the Court filed an Order (ECF No. 22) appointing Lead Plaintiff, Puranjay Das ("Das" or "Plaintiff"), and approving Das' selection of Lead Counsel, Pomerantz LLP.

      WHEREAS the parties reviewed the Individual Practices of Your Honor, current as of November 4, 2016.

      WHEREAS the parties have met and conferred regarding a reasonable schedule for the filing of an amended complaint and defendants' answers or responses to the amended complaint.

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel of record for the parties indicated below, the following:

1. Defendants Rio Tinto and Lynch waive formal service of the Complaint filed on December 12, 2016 (ECF No. 1). Service of the Complaint is accepted by undersigned counsel as of the date hereof.

2. Plaintiff will file the amended complaint on or before May 30, 2017. It is Plaintiff's position that this period accounts for the time needed to conduct an investigation that entails a robust international element, including, without limitation, requesting and attempting to secure information from foreign regulators and/or other government bodies, which could have vital documents in foreign languages that would need to be translated and reviewed.

3. Defendants Rio Tinto and Lynch will answer or move to dismiss on or before July 31, 2017.

4. If Defendants Rio Tinto and Lynch move to dismiss, Plaintiff will file opposition papers on or before October 1, 2017.

5. If Plaintiff files opposition papers, Defendants Rio Tinto and Lynch will file reply papers on or before November 1, 2017.

Dated:   New York, New York
         March 14, 2017

_____
Jeremy A. Lieberman
Justin S. Nematzadeh
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Phone: (212) 661-1100
Fax: (212) 661-8665

*Counsel for Plaintiff*

_____
Nathaniel J. Kritzer
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
(212) 446-4900 (fax)

Mark Filip
Joshua Z. Rabinovitz
Martin L. Roth
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, IL 60654
(312) 862-2000
(312) 862-2200 (fax)

*Counsel for Defendants Rio Tinto plc and Christopher Lynch*

Dated:  New York, New York
        March 16, 2017

SO ORDERED:

_____
Hon. Andrew L. Carter Jr., U.S.D.J.

3