USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-15-17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
JEFFREY P. WEINER SUPPLEMENTAL :
TRUST, Individually and on Behalf of All Others :
Similarly Situated, :
                                                      :    No.: 1:16-cv-09572-ALC
               Plaintiffs, :
    v.                                               :    STIPULATION AND [PROPOSED] SCHEDULING ORDER
 :
RIO TINTO PLC, et al, :
 :
               Defendants. :
------------------------------------------------------- x

     Lead Plaintiff Puranjay Das ("Plaintiff") and Defendants Guy Elliott ("Elliott") and Sam Walsh ("Walsh"), by and through their undersigned counsel, hereby stipulate as follows:

     WHEREAS, on December 12, 2016, Jeffrey P. Weiner Supplemental Trust filed the Complaint (ECF No. 1) naming Rio Tinto plc and Christopher Lynch (the "Rio Tinto defendants") and Tom Albanese, Guy Elliott, and Sam Walsh as defendants in the above-captioned matter.

     WHEREAS, on March 16, 2017, the Court issued the Joint Status Report and Scheduling Order ("Scheduling Order") (ECF No. 25), pursuant to which Lead Plaintiff Puranjay Das ("Plaintiff") and the Rio Tinto defendants stipulated and agreed to a schedule for the filing of an amended complaint and of the Rio Tinto defendants' answers or responses to the amended complaint.

     WHEREAS, Defendants Elliott and Walsh have agreed, through counsel, to waive service of process in the above-captioned action;

1

WHEREAS, Plaintiff and Defendants Elliott and Walsh met and conferred and agree that the individual defendants should adhere to the same briefing schedule as the Rio Tinto defendants;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel of record for the parties indicated below, the following:

1. Defendants Elliott and Walsh, through their undersigned counsel, will waive service of the Complaint in the above-captioned action.

2. As Plaintiff intends to file an amended complaint, Defendants Elliott and Walsh need not answer or otherwise respond to the December 12, 2016 Complaint.

3. Plaintiffs will file the amended complaint on or before May 30, 2017.

4. Defendants Elliott and Walsh will answer or move to dismiss on or before July 31, 2017.

5. If Defendants Elliott and Walsh move to dismiss, Plaintiff will file opposition papers on or before October 1, 2017.

6. If Plaintiff files opposition papers, Defendants Elliott and Walsh will file reply papers on or before November 1, 2017.

7. Nothing in this stipulation and proposed schedule waives or otherwise limits the individual defendants' rights, defenses, or objections including, without limitation, jurisdictional objections or defenses and those defenses available under Federal Rules of Civil Procedure Rule 12(b), except that Defendants Elliott and Walsh waive any rights, defenses, and objections to service of process in the above-captioned action.

Dated: New York, New York
May 12, 2017

_____
Jeremy A. Lieberman
Justin S. Nematzadeh
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Phone: (212) 661-1100

*Counsel for Plaintiff*

_____
Walter G. Ricciardi
Geoffrey R. Chepiga
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Phone: (212) 373-3000

*Counsel for Defendant Guy Elliott*

_____
Damien J. Marshall
Matthew L. Schwartz
Andrew Z. Michaelson
Benjamin Margulis
BOIES SCHILLER FLEXNER LLP
575 Lexington Ave
New York, New York 10022
Phone: (212) 446-2300

*Counsel for Defendant Sam Walsh*

Dated: New York, New York
May 15, 2017

SO ORDERED:

_____
Hon. Andrew L. Carter Jr. U.S.D.J.

3