**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PURANJAY DAS, Individually and on Behalf of
All others Similarly Situated,

        *Plaintiff*,

v.                                                                Case No. 16-cv-09572 (ALC)

RIO TINTO PLC, et al.,

        *Defendants*.

---

## NOTICE OF DEFENDANTS' MOTION TO DISMISS

**PLEASE TAKE NOTICE THAT**, upon the accompanying memorandum of law, declaration, and exhibits, Defendants will move this Court, at a date and time convenient for the Court, before the Honorable Andrew L. Carter, Jr., United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing this lawsuit with prejudice.

Respectfully submitted,

/s/ Nathaniel J. Kritzer
Nathaniel J. Kritzer
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
(212) 446-4900 (fax)
Nathaniel.Kritzer@kirkland.com

Mark Filip
Joshua Z. Rabinovitz
Martin L. Roth
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
(312) 862-2000

*Counsel for Rio Tinto plc*


/s/ Michael G. Bongiorno
Michael G. Bongiorno
Fraser L. Hunter
Musetta C. Durkee
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
(212) 230-8888 (fax)
Michael.Bongiorno@wilmerhale.com
Fraser.Hunter@wilmerhale.com
Musetta.Durkee@wilmerhale.com

*Attorneys for Alan Davies*

Dated: September 11, 2017

 /s/ Peter J. Romatowski
Robert C. Micheletto
Nidhi Nina Yadava
JONES DAY
250 Vesey Street
New York, New York 10281
T: 212.326.3939; F: 212.755.7306
rmicheletto@jonesday.com
nyadava@jonesday.com

Peter J. Romatowski
David R. Woodcock
JONES DAY
51 Louisiana Avenue NW
Washington, D.C. 20001
T: 202.879.3939; F: 202.626.1700
promatowski@jonesday.com
dwoodcock@jonesday.com

*Attorneys for Tom Albanese*


/s/ Matthew L. Schwartz
Matthew L. Schwartz
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
(212) 446-2300
(212) 446-2350 (fax)
mlschwartz@bsfllp.com

*Counsel for Sam Walsh*