# Exhibit 4

Rio Tinto

June 2015

# The way we work



*The way we work* symbolises what we stand for as a business. It makes clear how we behave according to our values of respect, integrity, teamwork and accountability.

Every day at Rio Tinto we find, mine and process the Earth's mineral resources with a relentless drive for improvement through innovative thinking and disciplined delivery. Our activities span the world and our products include aluminium (and bauxite and alumina), copper, diamonds, coal, uranium, gold, industrial minerals (borates, titanium dioxide, salt) and iron ore. The metals and minerals we supply help make modern life work and help the world to grow.

We will only succeed if we are inclusive and collaborate. We rely on the trust of each other and our partners, including host communities, governments, suppliers, customers, investors and the media. How we behave every day builds this trust and sets us apart from others.
*The way we work* provides a clear framework for how we conduct our business, no matter where we work and where we are from. Importantly, it provides clear boundaries to help make the right choices.

*The way we work* applies to each of us as employees as well as consultants, agents, contractors and suppliers. We also strive to ensure these principles are respected by our joint venture partners and non-controlled companies.

We hope *The way we work* inspires the same pride and commitment in you that it does for both of us. We are immensely proud to work for a company that asks only the highest standards of ethical behaviour and is clearly guided by strong values at its heart.

In life or business, we are all judged by our reputation and how we respond to life's challenges. *The way we work* has stood the test of time for helping us do the right thing.

Warm regards,



Jan du Plessis
**Chairman**



Sam Walsh
**Chief Executive**

02

01

Case 1:16-cv-09572-ALC   Document 63-4   Filed 09/11/17   Page 4 of 18

# Contents

**RESPECT**

**Respect**
06
07  1.1 Safety and health
08  1.2 Employment and inclusion
09  1.3 Human rights
10  1.4 Data privacy

**INTEGRITY**

**Integrity**
12
13  2.1 Conflicts of interest
14  2.2 Fair competition
15  2.3 Bribery and corruption
16  2.4 Confidential information and insider trading

**TEAMWORK**

**Teamwork**
18
19  3.1 Host communities
20  3.2 Relations with government, international organisations and civil society
21  3.3 Transparent communication

**ACCOUNTABILITY**

**Accountability**
24
25  4.1 Environment
26  4.2 Intellectual property
27  4.3 Company property and records

30  **Making the right choice**




# Respect

We recognise and consider the views of others and treat them as we would want to be treated.



**RESPECT**

## 1.1
# Safety and health

We believe all fatalities, injuries and occupational illnesses are preventable. We commit to the goal of everyone going home safe and healthy every day.

- Each of us is responsible for working safely, adhering to our standards and caring for the health and safety of those around us.

- We must be fit for work when we come to work. This means, amongst other things, not possessing, consuming or being under the influence of alcohol or drugs while working on Rio Tinto business or on a Rio Tinto site.

- We expect others we work with, including consultants, agents, contractors and suppliers, to respect and adhere to our health and safety requirements.

- We have a responsibility to report and stop the work of colleagues if we think they are putting their health and safety or that of others at risk.

## 1.2
# Employment and inclusion

We believe all employees have the right to a fair and inclusive working environment of which they are proud to be a part.

- We value diversity; we do not discriminate whether based on race, gender, nationality, ethnic origin, religion, age, sexual orientation or other status.

- We believe everyone should be treated with dignity and respect. Bullying, intimidation or harassment of any kind is not acceptable in our workplace.

- We are committed to meeting local laws and international agreements about workforce labour. We respect that people have the right to choose whether to belong to a union and seek to bargain collectively.

- We work with governments to share the economic benefits of developing a country's mineral resources with the communities in which we operate. This may include government requirements for us to favour local employment.

## 1.3
## Human rights

We respect human rights and commit to avoid human rights harm.

- We support the United Nations' Universal Declaration of Human Rights and respect those rights wherever we operate.

- We take measures to prevent our involvement in human rights harm through our business relationships. We reject any form of slavery. We never use forced or child labour.

- We work with public and private security providers to avoid security arrangements that cause or contribute to human rights violations. We limit the use of firearms for the security of our sites as far as possible.

## 1.4
## Data privacy

We respect each person's privacy. We comply with all laws in the collection, use and protection of personal information in connection with our business.

- We only collect and handle the personal information of our colleagues, shareholders, business partners, suppliers, customers and associated family or next of kin when needed for legitimate business purposes. We respect the rights each of us has to review, update and correct our information.

- We only share personal data with others when there is a legitimate business need or legal need for them to know it. We ensure they understand the importance of keeping the data private.

- When we work with others such as suppliers and consultants, we make clear the importance we place on privacy and the standards we expect.

# Integrity

We act fairly, honestly and consistently in what we say and do and we speak out when necessary.



## 2.1
## Conflicts of interest

We ensure our personal activities and interests do not conflict with our responsibilities at Rio Tinto.

- We use good judgement to avoid conflicts of interest or even the appearance of a conflict.
- We declare actual and potential conflicts. Where a conflict cannot be avoided we manage it appropriately.
- We do not allow ourselves to obtain any personal advantage through our position or role within Rio Tinto.

## 2.2
## Fair competition

We compete ethically and lawfully in all our activities.

- We believe in free and fair competition. We compete ethically and respect all applicable competition and antitrust laws across the globe.
- We do not obtain competitive information illegally or communicate false information regarding competitors.
- When we interact with competitors or potential competitors, we do not share confidential information which may impact how we all compete.

## 2.3
## Bribery and corruption

We do not commit, or become involved in, bribery or corruption of any form.

- We do not buy business or favour, no matter where we operate, no matter what the situation is, no matter who is involved.
- We never offer, give, demand or accept any financial or other favour to, or from, any person in order to secure business or any other advantage.
- We do not use or make payments to speed up routine administrative actions.

## 2.4
## Confidential information and insider trading

We protect our shareholders and ourselves by responsibly managing our own and third parties' confidential information. We never use it for personal advantage.

- Confidential information includes technical information about products or processes, vendor lists, pricing, marketing or service strategies, non-public financial reports, and information on asset sales, mergers and acquisitions.
- We are careful about where and to whom we talk about confidential information, and where and how we store it.
- We do not disclose or use any confidential information for personal profit or advantage.
- We do not share inside information with anyone else including our family and friends; we never commit the offence of insider dealing in Rio Tinto or third parties' securities.

# Teamwork

We work together and learn from each other to achieve our goals.



## 3.1
## Host communities

We develop strong and lasting relationships with our local and regional host communities based on respect, a desire to learn and mutual benefit.

- Our relationships with local and regional communities are a key part of our projects and operations. We recognise and respect the cultures, lifestyles and heritage of our neighbours.
- We respect the diversity of indigenous peoples and acknowledge their unique and important interests in lands, waters and environment as well as their history and traditions.
- We work with communities in creating mutually beneficial agreements; we share and explore our plans with them in a format and language they understand.
- We encourage local communities to participate in the economic activity our operations create. We support regional and community based projects that contribute to sustainable and independent development.

## 3.2
## Relations with government, international organisations and civil society

We build lasting relationships with governments and engage with international organisations and civil society to help develop robust policy and regulation. We do not favour any political party, group or individual.

- We engage on public policy and legislative issues that affect our business. We contribute useful information and share our experiences to help create sound policy and legislation.
- We respect the political process. As a company we do not involve ourselves in party political matters. We do not make any payments for the purposes of election or re-election.
- We do not restrict individual rights and freedoms; employees and contractors may support political parties, candidates or campaigns in their own time and with their own money.



## 3.3 Transparent communication

We build trust by communicating openly and honestly.

- We share accurate information about our operations and financial performance with our stakeholders, including media, investors and regulators.
- We comply with our market disclosure obligations and share material information that may affect how the market views Rio Tinto.
- We communicate openly and in a timely manner with employees and encourage honest conversations with each other.

21

# Accountability

We take responsibility for our actions and hold others to account for theirs.



23

## 4.1
## Environment

We are committed to protecting the environmental values of the regions where we operate and maintaining good product stewardship for the long term.

- We understand and then mitigate the impacts our activities and products might have on the environment as we plan, build, operate, decommission and close our operations and work with our suppliers and customers.

- We collaborate with neighbouring communities and continually seek sustainable improvements to product life cycles, biodiversity, climate change, land use, water and air, and mine closure to provide us continued access to resources and markets.

## 4.2
## Intellectual property

By protecting our intellectual property and respecting that of others, we keep our competitive advantage.

- We protect our intellectual property (patents, copyright, trademarks and trade secrets) and closely monitor for unauthorised use of our intellectual property by others.

- We respect the intellectual property of others, such as our suppliers, customers and competitors, and only use their intellectual property when authorised.



## 4.3 Company property and records

We use company property, financial and electronic resources to conduct company business and not for personal gain or non-authorised use.

- We do not obtain, use or divert company property or financial resources for personal use or benefit, for activity that causes a conflict of interest, or is inappropriate or illegal.

- We are provided with electronic resources such as email, internet and telephone, to help us do our jobs. We can occasionally use these resources for personal reasons if that use does not impact company systems, incur undue costs for the company or interfere with our work duties.

- We keep true and accurate records of all financial transactions and non-financial company materials.

- We do not alter, destroy or remove company property or company records unless authorised.

# Making the right choice

*The way we work* provides clear boundaries to help understand and assess the choices we face on how to behave in sometimes tough situations.

**When faced with a dilemma, ask yourself:**

- **Are my actions consistent with *The way we work* and Rio Tinto policies and standards?**
- **What would I tell a friend or a member of my family to do?**
- **What might others think of my actions and how might it look on the front page of the newspaper?**

If you are uncomfortable with any of the answers, you should seek advice before acting.

**National laws and *The way we work***

In every country where we work, we comply with applicable laws. When deciding whether to apply the laws of a country or the principles of *The way we work*, use whichever is stricter. If you break the law, *The way we work*, or any of our policies and standards you will face disciplinary action – that may include dismissal or termination of your contract.

If you see something that might break the law, *The way we work*, or any of our policies and standards, don't ignore it: report it!

Lead by example – help others to understand and use *The way we work*.

Discuss any concerns with your line manager, a more senior manager, Compliance or Human Resources. *Speak-OUT* is also a confidential and safe way to report concerns or misconduct. Any form of recrimination against a person using *Speak-OUT* in good faith will not be tolerated.

*The way we work* is a set of clear and simple principles to apply in everything you do while working with, or for, Rio Tinto. The way you behave shows the world who you are and what you stand for.

Make sure you can be proud of your choices.



Rio Tinto plc  
6 St James's Square  
London SW1Y 4AD  
United Kingdom  

T +44 (0)20 7781 2000  

riotinto.com

Rio Tinto Limited  
120 Collins Street  
Melbourne, Victoria 3000  
Australia  

T +61 (0)3 9283 3333

**Rio Tinto policies and standards**
For more information on the topics covered in *The way we work* principles and the relevant policies and standards visit https://intranet.riotinto.org/dms/RTHQ-Policy-Hub/
















