# EXHIBIT 1

EX-99.2 3 d436064dex992.htm EX-99.2

**Exhibit 99.2**

# RioTinto

Rio Tinto Group
Unaudited Condensed Interim Financial Report
Period ended June 30, 2017
**TABLE OF CONTENTS**

| | |
|---|---|
| About Rio Tinto | 2 |
| Forward looking statements | 2 |
| Net earnings and underlying earnings | 7 |
| Commentary on the Group financial results | 8 |
| Rio Tinto financial information by business unit | 11 |
| Notes to financial information by business unit | 13 |
| Review of operations | 15 |
| Directors' report | 24 |
| Non-GAAP measures | 26 |
| Financial statements | F |

This document includes portions of the previously published results of announcement of Rio Tinto (as defined on page 2) as of, and for the six months ended June 30, 2017, announced on August 2, 2017. For more information on our use of non-GAAP financial measures in this report, see the section entitled "Net earnings and underlying earnings" and the detailed reconciliation on page 7. This document does not update or otherwise supplement the information contained in the previously published results announcement although certain information that is outdated or has been superseded has been removed, and in some cases modified, to preserve accuracy for the purposes of this filing.

**Other disclosures (continued)**

**Contingent liabilities (subsidiaries and joint operations)**

Contingent liabilities, indemnities and other performance guarantees were US$447 million at 30 June 2017 (31 December 2016: US$473 million).

Indemnities and other performance guarantees represent the potential outflow of funds from the Group for the satisfaction of obligations including those under contractual arrangements (for example undertakings related to supplier agreements) not provided for in the balance sheet, where the likelihood of the guarantees or indemnities being called is assessed as possible rather than probable or remote. There were no material contingent liabilities arising in relation to the Group's joint ventures and associates.

On 9 November 2016, Rio Tinto announced that, following an investigation led by external counsel, it had notified or was in the course of notifying the relevant authorities in the United States, United Kingdom and Australia of information concerning contractual payments totalling US$10.5 million made to a consultant who had provided advisory services on the Simandou project in Guinea. The Australian Federal Police, and most recently the UK Serious Fraud office, have announced formal investigations in relation to this matter. Rio Tinto is cooperating fully with each of the relevant authorities in their respective investigations. On 12 December 2016, a class action was also filed in the United States District Court for the Southern District of New York against Rio Tinto plc and certain of its current and former directors in connection with the Simandou payments.

On 1 December 2016, Rio Tinto confirmed that it was cooperating with relevant authorities (including the U.S. Securities and Exchange Commission) in connection with an investigation into the impairment included in the Company's 2012 accounts in respect of Rio Tinto Coal Mozambique.

The likely outcome on the Group of these regulatory investigations, and any associated litigation, is subject to a number of significant uncertainties at the present time. They could ultimately expose the Group to material financial cost.

**Contingent assets**

The Group has, from time to time, various insurance claims outstanding with reinsurers. At 30 June 2016 this included a claim relating to the Manefay slide at Rio Tinto Kennecott in April 2013. Interim progress payments were received on this claim in 2013 and 2015; the final payment was received in January 2017.

**Update on Grasberg**

In January and February 2017, the Government of Indonesia issued new mining regulations to address exports of unrefined metals, including copper concentrates, and requiring that PT Freeport Indonesia ('PT-FI') convert its contract of work ('CoW') to a special licence. These regulations impact PT-FI's operating rights and in February PT-FI provided formal notice of an impending dispute to the Government of Indonesia listing multiple breaches by the Government of the CoW. These circumstances have been identified as an impairment trigger and the recoverable amount of the Grasberg cash-generating unit has been assessed in accordance with our accounting policies by reference to a fair value less cost of disposal ('FVLCD') model.

No impairment charge has been recorded as the FVLCD model, which has been determined on the basis of estimates of forecast post-tax cash flows under the Participation Agreement until the end of the life-of-mine plan, discounted at a post-tax rate of 8.8 per cent, shows headroom under the central case valuation and also for reasonably possible changes in price and discount rate assumptions.

Whilst agreement has been reached between PT-FI and the Government of Indonesia to resume copper concentrate exports for six months, negotiations are on-going between PT-FI and the Indonesian government in relation to its operating licenses and investment stability. The outcome of those discussions could result in a further impairment trigger.