UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURANJAY DAS, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiffs,<br><br>v.<br><br>RIO TINTO PLC, TOM ALBANESE, ALAN DAVIES and SAM WALSH,<br><br>                          Defendants. | Case No. 1:16-cv-09572-ALC<br><br>Judge Andrew L. Carter, Jr. |

**DECLARATION OF NIDHI NINA YADAVA IN SUPPORT OF DEFENDANT TOM ALBANESE'S REPLY MEMORANDUM IN SUPPORT OF DEFENDANT TOM ALBANESE'S MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**

I, Nidhi Nina Yadava, an attorney admitted to practice before this Court, hereby declare and state as follows under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an associate at the law firm of Jones Day, attorneys of record for Defendant Tom Albanese in this action.

2. I respectfully submit this Declaration in support of Mr. Albanese's Reply Memorandum in support of his Motion to Dismiss Plaintiff's Amended Class Action Complaint, to put a true and correct copy of the Exhibit described below before the Court.

3. A true and correct copy of the transcript published by Bloomberg L.P. of Rio Tinto's April 12, 2017 Annual General Meeting is annexed hereto as Exhibit 1.

Executed on November 8, 2017, in New York, NY.

                                                            *s/ Nidhi Nina Yadava*
                                                            Nidhi Nina Yadava