USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-22-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PURANJAY DAS, Individually and on Behalf of All Others Similarly Situated,

  Plaintiff,

v.

RIO TINTO PLC, et al.,

  Defendants.

Case No. 16-cv-09572 (ALC)

NOTICE OF WITHDRAWAL OF MUSETTA C. DURKEE AS COUNSEL OF RECORD AND [REDACTED] ORDER

---

### NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD AND [REDACTED] ORDER

PLEASE TAKE NOTICE that attorney Musetta C. Durkee, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), is hereby withdrawn as counsel of record for Defendant Alan Davies in the above-captioned matter. On December 29, 2017, Ms. Durkee will be leaving WilmerHale and will no longer be associated with this case. Defendant Davies will continue to be represented by Michael G. Bongiorno and Fraser L. Hunter of WilmerHale.

Ms. Durkee did not assert a retaining or charging lien.

Dated: December 14, 2017

Respectfully submitted,

*/s/ Musetta C. Durkee*

Musetta C. Durkee
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
Musetta.Durkee@wilmerhale.com

SO ORDERED.

Dated: 1-22-18 , 2017
New York

_____
United States District Judge

tm