UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PURANJAY DAS, Individually and on behalf of
All others similarly situated,
                       Plaintiffs,

       -against-

RIO TINTO PLC, TOM ALBANESE, ALAN
DAVIES, AND SAM WALSH,
                       Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/31/18

16 CIVIL 9572 (ALC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 31, 2018, the Court GRANTS Defendants' motions to dismiss the Amended Complaint; accordingly, the case is closed.

**Dated:** New York, New York
         August 31, 2018

                       **RUBY J. KRAJICK**
                        Clerk of Court

     BY: _K Mango_
                        **Deputy Clerk**